IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GERALD K. KEEHN,

    Plaintiff,

v.

DETECTIVE TROUTMANN, et al.,

    Defendants.

CIVIL ACTION
NO. 17-2109

## ORDER

**AND NOW**, this 29th day of March, 2019, upon reviewing Defendants' Motions to Dismiss, and all supporting and opposing papers, it is hereby **ORDERED** as follows:

1. Defendants Chief of Police Howard Holland, Mayor Josh Maxwell, and Detective Paul Trautmann's Motions to Dismiss (Docket No. 13) (Docket No. 24) are **GRANTED** with prejudice.

2. Defendant District Attorney Tom Hogan's Motion to Dismiss (Docket No. 25) is **GRANTED** with prejudice.

3. Defendant Crime Victims Advocate Brook Hedderic's Motion to Dismiss (Docket No. 27) is **GRANTED** with prejudice.

4. The Clerk of Court is directed to close this case.

                                    **BY THE COURT:**

                                    **/s/ Jeffrey L. Schmehl**
                                    Jeffrey L. Schmehl, J.